IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLINA NINA BAUTISTA,** *Individually and as Parent and Natural Guardian of F.M., a Minor*, <br>            Plaintiff, <br><br> v. <br><br> **TEMPLE UNIVERSITY HOSPITAL, INC., and TEMPLE UNIVERSITY HOSPIAL SYSTEM INC.,** <br>            Defendants and <br>            Third-Party Plaintiffs, <br><br> v. <br><br> **CLINTON A. TURNER, M.D.,** <br>            Third-Party Defendant. | **CIVIL ACTION** <br><br><br><br><br><br> **NO.  25-3101** |

# O R D E R

**AND NOW**, this 28th day of August, 2025, upon consideration of: (1) the United States of America's Motion to Substitute Parties (ECF Nos. 10 and 17), Plaintiff Carolina Nina Bautista's Response in Opposition (ECF No. 14), and Defendants Temple University Hospital, Inc. and Temple University Hospital System, Inc. (together, the "Temple Defendants")'s Response in Support (ECF No. 16); and, (2) Plaintiff Carolina Nina Bautista's Motion to Sever and Remand (ECF Nos. 15, 25, and 26), the Temple Defendants' Responses in Opposition (ECF Nos. 20, 23, and 31), and the United States of America's Response in Opposition (ECF No. 19), **IT IS HEREBY ORDERED** as follows:

1. The United States of America's Motion to Substitute (ECF No. 10) is **GRANTED:**

    a. Clinton A. Turner, M.D. is **DISMISSED** as a party in the above-captioned action.

b. The United States of America is **SUBSTITUTED** for Clinton A. Turner, M.D. as the sole third-party defendant in the above-captioned action.

c. The Clerk of Court is **DIRECTED** to **AMEND** the case caption to reflect the following designations:

  i. **Plaintiff**: Carolina Nina Bautista, *Individually and as Parent and Natural Guardian of F.M., a Minor*

  ii. **Defendants**: Temple University Hospital, Inc., and Temple University Health System, Inc.

  iii. **Third-Party Plaintiffs**: Temple University Hospital, Inc., and Temple University Health System, Inc.

  iv. **Third-Party Defendant**: United States of America

2. Plaintiff's Motion to Sever and Remand (ECF No. 15) is **DENIED**.

        **BY THE COURT:**

        **S/ WENDY BEETLESTONE**

        **WENDY BEETLESTONE, C.J.**