**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAROLINA NINA BAUTISTA,** *Individually and as Parent and Natural Guardian of F.M., a Minor* **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO.  25-3101** |
| **TEMPLE UNIVERSITY HOSPITAL, INC., TEMPLE UNIVERSITY HOSPIAL SYSTEM INC., and UNITED STATES OF AMERICA** **Defendants.** | |

## O R D E R

**AND NOW**, this 30th day of June, 2026, upon consideration of (1) Defendant United States of America's Motion to Dismiss Federal Tort Claims in Amended Complaint (ECF Nos. 62, 69), and Plaintiff's Response in Opposition thereto (ECF No. 65); and, (2) Defendant United States of America's Motion to Dismiss Temple Defendants' Crossclaim against United States (ECF No. 64), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** as follows:

1.    Defendant's Motion to Dismiss Motion to Dismiss Federal Tort Claims in Amended Complaint (ECF Nos. 62, 69) is **GRANTED** with respect to all claims against Defendant United States of America, which are **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION** pursuant to Federal Rule of Civil Procedure 12(b)(1);

2.    Defendant's Motion is **DENIED** in all other respects;

3.    Defendant's Motion to Dismiss Temple Defendants' Crossclaim against United States (ECF No. 64) is **DENIED**.

**BY THE COURT:**


__S/ WENDY BEETLESTONE_____
**WENDY BEETLESTONE, C.J.**